IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA ANN ZITO** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | NO. 16-2761 |
| | : | |
| **APEX ASSET MANAGEMENT, LLC,** | : | |
| and **JOHN KLINE** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, this *31st* day of March, 2017, upon consideration of the Defendants' Motion for Judgment on the Pleadings and/or in the Alternative for Partial Summary Judgment (Docket No. 6) and the Plaintiff's Response in Opposition (Docket No. 8), it is hereby **ORDERED** that:

1. The defendants' motion for judgment on the pleadings is **GRANTED** with respect to the claims against John Kline in counts one and two. Those claims are **DISMISSED WITHOUT PREJUDICE**.

2. The defendants' motion for judgment on the pleadings is **GRANTED** with respect to the claims against John Kline and Apex Asset Management, LLC in counts three and five. Those claims are **DISMISSED WITHOUT PREJUDICE**.

3. The defendants' motion for judgment on the pleadings is **DENIED** with respect to the claims against Apex Asset Management, LLC in counts one and two.

4. The defendants' motion for judgment on the pleadings is **DENIED** with respect to the claims against John Kline and Apex Asset Management, LLC in count four.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.